IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:22-cr-40001-JPG-1 |
| JOHN LEE MIZE, | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on the Government's motion pursuant to 18 U.S.C.§§ 3613(a) AND 3664(n) (Doc. 72), requesting the Court to enter an Order authorizing the Bureau of Prisons to turn over to the Clerk of Court funds held in the inmate trust account for the above-mentioned defendant as payment for the criminal monetary penalty imposed in this case. Defendant has not responded. As set forth in the Government's motion, the Bureau of Prisons maintains in its possession, custody, or control $6,238.15 in encumbered funds belonging to the defendant that are currently in the defendant's trust account. At this time, there is no reason to conclude that the Bureau of Prisons has done anything with said funds. For the reasons stated in the motion, the Court concludes that cause exists to grant the motion.

Therefore, the Motion of United States of America to Authorize Payment from Inmate Trust Account is GRANTED. It is further ORDERED that the Bureau of Prisons is authorized to turn over $200.00 to the Clerk of Court, and the Clerk of Court shall accept those funds currently held in the trust account for the following inmate:

John Lee Mize
Reg. No. 27939-509
FMC Springfield
P.O. Box 4000
Springfield, MO 65801

The Clerk shall apply these funds as payment towards the criminal monetary penalties

owed by the defendant in this case.

Payments are to be made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201. The Plaintiff is to provide a copy of this Order to the Garnishee.

**IT IS SO ORDERED.**
**DATED: September 4, 2026**

**J. PHIL GILBERT**
**United States District Court Judge**